**Order filed January 31, 2019**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-18-00784-CV
_____

**GLENN HERBERT JOHNSON, Appellant**

**V.**

**HARRIS COUNTY, HARRIS COUNTY EDUCATION DEPARTMENT, THE PORT OF HOUSTON AUTHORITY OF HARRIS COUNTY, THE HARRIS COUNTY FLOOD CONTROL DISTRICT, THE HARRIS COUNTY HOSPITAL DISTRICT, THE CITY OF HOUSTON, THE HOUSTON INDEPENDENT SCHOOL DISTRICT, AND THE HOUSTON COMMUNITY COLLEGE SYSTEM.,**
**Appellees**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-71003**

---

# O R D E R

Appellant's brief was due January 10, 2019. No brief or motion for extension of time has been filed.

On January 3, 2019, appellees filed a motion to dismiss for want of prosecution. Unless appellant files a brief with this court on or before **February 11, 2019**, the court will grant appellees' motion and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM